# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**CERTIFIED COPY**

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at Camden, in this State of New Jersey on August 12, 2026.

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

**DebtEd, MEANSNO**

# U.S. Bankruptcy Court
# District of New Jersey (Camden)
# Bankruptcy Petition #: 26-19125-JNP

*Date filed:* 08/11/2026
*341 meeting:* 09/09/2026
*Deadline for objecting to discharge:* 11/09/2026
*Deadline for financial mgmt. course:* 11/09/2026

*Assigned to:* Judge Jerrold N. Poslusny Jr.
Chapter 7
Voluntary
No asset

***Debtor***
**Kallae H. Robinson**
601 N Blackhorse Pike Unit A3
Williamstown, NJ 08094
GLOUCESTER-NJ
SSN / ITIN: xxx-xx-0149

represented by **Moshe Rothenberg**
Law Office of Moshe Rothenberg
880 East Elmer Road
Vineland, NJ 08360
856-236-4374
Fax : 856-405-6769
Email: moshe@mosherothenberg.com

***Trustee***
**Douglas S. Stanger**
Douglas Stanger- Trustee
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
609-645-1881

***U.S. Trustee***
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 08/11/2026 | 1 | Chapter 7 Voluntary Petition Filed by Moshe Rothenberg on behalf of Kallae H. Robinson. (Rothenberg, Moshe) (Entered: 08/11/2026) |
| 08/11/2026 | 2 | Document re: Certification of Debtor Pursuant to 362(l) of the Bankruptcy Code filed by Moshe Rothenberg on behalf of Kallae H. Robinson. (Attachments: # 1 Exhibit) (Rothenberg, Moshe) (Entered: 08/11/2026) |
| 08/11/2026 | 3 | Certificate of Credit Counseling filed by Moshe Rothenberg on behalf of Kallae H. Robinson. (Rothenberg, Moshe) (Entered: 08/11/2026) |

| | | |
|---|---|---|
| 08/11/2026 | | Receipt of filing fee for Voluntary Petition (Chapter 7)( 26-19125) [misc,volp7a] ( 338.00) Filing Fee. Receipt number A49951800, fee amount $ 338.00. (re: Doc# 1) (U.S. Treasury) (Entered: 08/11/2026) |
| 08/11/2026 | 4 | Initial Statement About an Eviction Judgment. Filed by Moshe Rothenberg on behalf of Kallae H. Robinson. (Rothenberg, Moshe) (Entered: 08/11/2026) |
| 08/11/2026 | 5 | Statement About Payment of Eviction Judgment. Filed by Moshe Rothenberg on behalf of Kallae H. Robinson. (Rothenberg, Moshe) (Entered: 08/11/2026) |
| 08/11/2026 | 6 | Statement of Social Security filed by Moshe Rothenberg on behalf of Kallae H. Robinson. (Rothenberg, Moshe) (Entered: 08/11/2026) |
| 08/12/2026 | 7 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Notice of Appointment of Interim Trustee Douglas S. Stanger with 341(a) meeting to be held on 9/9/2026 at 10:30 AM via Zoom - Stanger: join.zoom.us Meeting ID 393 300 2559, Passcode 9803965248, or call 1-609-264-3767. Financial Management Course Certificate Due11/9/2026. Last day to oppose discharge or dischargeability is 11/9/2026. (Entered: 08/12/2026) |
| 08/12/2026 | 8 | Submission of Rent Deposit by Debtor. The debtor submitted to the clerk rent due on a residential lease in the amount of $1925.00 on August 11, 2026 . The Clerk has today transmitted the check to Laurelton Village, the debtor's landlord at OHanlon and Sewartz, 2 Penn Centre, Suite 1410, Philadelphia, PA 19102 (via certified mail, return receipt requested) . Certification of Cure of Residential Judgment due 9/10/2026. (def) (Entered: 08/12/2026) |